UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEN OWENS,<br><br>　　　　　　Defendant. | No. 2:16-cv-0123 JAM AC P<br><br><br>ORDER |

On May 18, 2018, defendant filed a motion for summary judgment. ECF No. 19. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after service of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 28, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1